# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 19, 2021

Mr. J. Michael Buckley
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

David Hansberry
F.C.I. Petersburg - Low
P.O. Box 1000
Petersburg, VA 23804

Re: Case No. 20-2004, *USA v. David Hansberry*
Originating Case No. : 2:15-cr-20217-1

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-2004

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID HANSBERRY

    Defendant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by December 14, 2020.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Deborah S. Hunt, Clerk

Issued: January 19, 2021